IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03025–PAB–KMT

JASON MARCELLI,

    Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,
GALLAGHER BASSETT SERVICES, INC., and
DISH NETWORK CORPORATION, f/d/b/a/ ECHOSTAR COMMUNICATIONS CORPORATION,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Dish Network, LLC's Motion to Amend Answer to First Amended Complaint" (Doc. No. 68, filed August 12, 2011) is GRANTED. Defendant Dish Network, LLC, shall file its Amended Answer no later than August 16, 2011.

Dated: August 15, 2011