**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-03025-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** December 15, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| JASON MARCELLI, | Angela L. Ekker |
| | Bruce Jeffrey Kaye |
| Plaintiff, | |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, GALLAGHER BASSETT SERVICES, INC., and DISH NETWORK CORPORATION, f/d/b/a/ ECHOSTAR COMMUNICATIONS CORPORATION, | Richard K. Rediger |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 1:54 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendants' Motion to Compel Independent Medical Examination and Request for Forthwith Ruling [Doc. No. 76, filed December 2, 2011].

Discussion regarding the need for observers present for Independent Medical Examinations and extension of deadlines.

The Discovery Cut-off, Dispositive Motions, Affirmative Medical Experts, and Rebuttal Medical Expert deadlines currently set in this matter are **VACATED** and reset to the following dates:
Discovery Cut-off: April 30, 2012
Dispositive Motion Deadline: May 30, 2012
Disclosure of Affirmative Medical Experts: February 29, 2012
Disclosure of Rebuttal Medical Experts: March 30, 2012

The Final Pretrial Conference set in this matter for March 13, 2012 is **VACATED** and reset for July 31, 2012 at 9:30 a.m.

It is **ORDERED**:   Defendants' Motion to Compel [76] is **GRANTED** and all IME's will be allowed.

The medical observer identified in Plaintiff's response, a Registered Nurse, will be allowed at the IME to be conducted by Dr. Sabin. The observer will not interfere in any manner with the IME.

**Court in Recess: 2:12 p.m.**
Hearing concluded.
Total In-Court Time    00:18

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.