**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 10-cv-03025-PAB-KMT　　　　　FTR - Courtroom C-201

**Date:** March 29, 2012　　　　　　　　　　　　Deputy Clerk, Nick Richards

JASON MARCELLI,　　　　　　　　　　　　　　Angela L. Ekker
　　　　　　　　　　　　　　　　　　　　　　　Bruce Jeffrey Kaye
　　　　　Plaintiff,　　　　　　　　　　　　　　Max Shaffer

v.

ACE AMERICAN INSURANCE COMPANY,　　　Richard K. Rediger
GALLAGHER BASSETT SERVICES, INC., and
DISH NETWORK CORPORATION, f/d/b/a/
ECHOSTAR COMMUNICATIONS
CORPORATION,

　　　　　Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:35 p.m.**
Court calls case. Appearances of counsel. Dr. Gregory Reichhardt appears with defense counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel Production of Documents From Defendant Gallagher Bassett Services, Inc. [Doc. No. 87, filed February 8, 2012], Defendants' Motion to Compel Independent Medical Examination and Request for Forthwith Ruling [Doc. No. 101, filed March 9, 2012], and Joint Motion for Extension of Time for Discovery Cut-off and Dispositive Motion Deadlines [Doc. No. 111, filed March 28, 2012].

It is **ORDERED**:　　Joint Motion for Extension of Time [111] is **GRANTED**. The discovery cut-off deadline of April 30, 2012, the dispositive motion deadline of May 30, 2012, and Final Pretrial Conference currently set for July 31, 2012 at 9:30 a.m. are **VACATED** and extended to the following dates and times:

　　　　　　　　　　　Discovery cut-off deadline: June 29, 2012
　　　　　　　　　　　Dispositive Motion deadline: July 30, 2012

Final Pretrial Conference: October 2, 2012 at 9:45 a.m.

For the purposes of this hearing only, the court accepts Dr. Reichhardt as an expert in the fields of Physical Medicine and Rehabilitation and Electrodiagnostics.

**1:54 p.m.**     Direct examination of Dr. Reichhardt.
**2:09 p.m.**     EMG demonstration by Dr. Reichhardt.
**2:19 p.m.**     Continued direct of Dr. Reichhardt.
**2:22 p.m.**     Cross-examination of Dr. Reichhardt.
**2:31 p.m.**     Re-direct of Dr. Reichhardt.

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**:   Defendant's Motion to Compel Independent Medical Examination [101] is **GRANTED**. The parties have agreed on Dr. Ricardo Nieves as the independent medical examiner. The tests to be conducted by Dr. Nieves shall be limited to the H Reflex test agreed to by counsel and the tests recommended in the last paragraph of page 8 of document 101-1. The conditions of testing will apply as stated in paragraph 5 of defendant's Reply in Support of Defendant's Motion to Compel Independent Medical Examination [Doc. No. 109, filed March 27, 2012]. Dr. Nieves shall not consult with any expert retained to testify in this matter before administering testing on Mr. Marcelli in accordance with condition "e" in defendant's Reply [109]. Condition "f" is modified with the provision that after reports are issued, Dr. Nieves may talk with counsel and previously retained experts in this matter.

Defense counsel shall draft an order for submission to plaintiff's counsel consistent with the rulings in this hearing on or before March 30, 2012 with the intent of distributing the order as guidelines to Dr. Nieves. Plaintiff's counsel shall stipulate to the order (or the parties will reach compromise on any disputed issues) and file it with the court on or before April 4, 2012.

Dr. Nieves shall produce his report on or before May 1, 2012. Plaintiff's may submit a rebuttal report on or before June 1, 2012.

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:   Plaintiff's Motion to Compel Production of Documents [87] is **DENIED**. Plaintiff has not met the burden to justify the in camera

review of the claims notebook requested in [87].

**Court in Recess: 4:19 p.m.**
Hearing concluded.
Total In-Court Time    02:44

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.