IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03025-PAB-KMT

JASON MARCELLI,

    Plaintiff,

v.

GALLAGHER BASSETT SERVICES, INC., and
DISH NETWORK CORPORATION, f/d/b/a Echostar Communications Corporation,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Stipulation re Dismissal of Gallagher Bassett Services, Inc. and Dish Network, LLC, f/d/b/a Echostar Communications With Prejudice [Docket No. 199]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the trial preparation conference set for April 19, 2013 at 9:00 a.m. and the jury trial set for May 6, 2013 at 8:00 a.m. are vacated.

DATED February 7, 2013.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge